1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOPHIA SALAJAN,                      )   Case No. EDCV 07-1065 JC
                                     )
                    Plaintiff,       )
                                     )   JUDGMENT
          v.                         )
                                     )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social               )
Security,                            )
                                     )
                    Defendant.       )
_____

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:   July 7, 2008


                              _____/s/_____
                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE